**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| QUEST NETTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HHGREGG, INC.,<br><br>Defendant. | CASE NO. 2:16-cv-00258-RWS<br><br>JURY TRIAL REQUESTED |

## ORDER

Before the Court is Plaintiff Quest NetTech Corporation's ("Plaintiff") Notice of Voluntary Dismissal of its complaint against Defendant HHGregg, Inc. ("Defendant") with prejudice. Having considered the same, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiff's Complaint against Defendant is dismissed with prejudice.

**SIGNED this 11th day of October, 2016.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE